## DECEMBER 16, 1996

No. D–1564. IN RE DISBARMENT OF MURASKI. Disbarment entered. [For earlier order herein, see 515 U. S. 1156.]

No. D–1723. IN RE DISBARMENT OF PEAVY. Don E. Peavy, Sr., of Fort Worth, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on September 20, 1996 [518 U. S. 1052], is discharged.

No. D–1729. IN RE DISBARMENT OF GILBERT. Disbarment entered. [For earlier order herein, see ante, p. 802.]

No. D–1737. IN RE DISBARMENT OF GILL. Disbarment entered. [For earlier order herein, see ante, p. 946.]

No. D–1759. IN RE DISBARMENT OF PLUST. Paul Neal Plust, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1760. IN RE DISBARMENT OF GOMRIC. James John Gomric, of Belleville, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–1. LAWRENCE v. SECRETARY OF THE TREASURY. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [ante, p. 803] denied.